IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Reed, Pamela

Printed: 9/3/08

Case Number: 07 B 10385
Judge: Wedoff, Eugene R
Filed: 6/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 5, 2008
Confirmed: August 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 17,517.50 |  |
| Secured: |  | 13,765.94 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 988.20 |
| Other Funds: |  | 263.36 |
| Totals: | 17,517.50 | 17,517.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 2,500.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 11,678.00 | 11,657.58 |
| 3. | Countrywide Home Loans Inc. | Secured | 2,112.00 | 2,108.36 |
| 4. | Countrywide Home Loans Inc. | Secured | 450.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 10,206.22 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 335.43 | 0.00 |
| 7. | Comcast | Unsecured |  | No Claim Filed |
| 8. | LeLand Scott & Associates | Unsecured |  | No Claim Filed |
| 9. | Certified Recovery | Unsecured |  | No Claim Filed |
| 10. | Oxford Bank & Trust | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
| 12. | Universal Fidelity Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 27,281.65 | $ 16,265.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 654.65 |
| 6.5% | 333.55 |
|  | _____ |
|  | $ 988.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Reed, Pamela | Case Number:  07 B 10385 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  6/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

